# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dora Alicia Rios Quihui,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Yolanda Apodaca, et al.,<br><br>　　　　　Defendants. | No. CV-17-00059-TUC-JGZ<br><br>**ORDER** |

　　　The Court having considered Plaintiff's Notice of Voluntary Dismissal (doc. 6), filed on April 5, 2017, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

　　　IT IS ORDERED that this action is DISMISSED without prejudice. The Clerk of the Court is directed to close the case.

　　　Dated this 12th day of April, 2017.

　　　　　　　　　　　　　　　　　　　Honorable Jennifer G. Zipps
　　　　　　　　　　　　　　　　　　　United States District Judge